| I. CASH FLOW | 11/16/2020 | 11/23/2020 | 11/30/2020 | 12/7/2020 |
|---|---|---|---|---|
| | Pre-petition Accruals | Pre-petition Critical | | |
| **Cash Receipts** | | | | |
| Gas & Oil Sales net of Production Taxes and deducts | - | 17,500 | 279,998 | 52,500 |
| MSA Fee Income | 229,167 | | 229,167 | |
| **Total Cash Receipts** | **229,167** | **17,500** | **509,165** | **52,500** |
| **Cash Disbursements** | | | | |
| *Total Payroll* | | | | |
| Payroll - Gross | | | 141,750 | |
| Payroll - Employer Taxes | | | 8,250 | |
| Benefits | | | 14,175 | |
| Health Insurance | | | 7,500 | |
| Worker's Comp Insurance | | | 718 | |
| Insurance Property | | | 604 | |
| Insurance GL and Other | | | 949 | |
| *Expenses* | | | | |
| Lease Operating Expenses | 45,000 | 45,000 | 45,000 | 45,000 |
| *IT & Telecom* | | | 15,000 | |
| *General & Administrative* | | | | |
| Rent | | | 50,000 | |
| Professional Fees | | | | |
| Contract Labor | | | 55,000 | |
| Office Expense | 500 | 500 | 500 | 500 |
| Other G&A | | | 5,000 | |
| **Total Operating Disbursements** | **45,500** | **45,500** | **344,446** | **45,500** |
| **Net Operating Cash Flow** | | | | |

Capital Expenditures

Debtor's Accountants
Debtor's Council

| | | | | |
|---|---:|---:|---:|---:|
| **Net Cash Flow** | 183,667 | (28,000) | 164,719 | 7,000 |

## II. CASH BALANCE

| | | | | |
|---|---:|---:|---:|---:|
| Beginning Bank Balance | 359,529 | 353,244 | 325,244 | 489,963 |
| Trustee Account | | | | |
| Pre-petition Accounts | | | | |
| Add: Net Cash Flow | 183,667 | (28,000) | 164,719 | 7,000 |
| **Ending Bank Balance** | 543,196 | 325,244 | 489,963 | 496,962 |
| Less: Outstanding Checks | (189,952) | - | - | - |
| Less: Reserves | (60,967) | (60,967) | (60,967) | (60,967) |
| **Net Balance** | 292,277 | 264,276 | 428,995 | 435,995 |

| 12/14/2020 | 12/21/2020 | 12/28/2020 | 1/4/2021 | 1/11/2021 | 1/18/2021 | 1/25/2021 |
|---:|---:|---:|---:|---:|---:|---:|
| - | 17,290 | 276,645 | 51,871 | - | - | 17,090 |
| 229,167 | | 229,167 | | 229,167 | | 229,167 |
| **229,167** | **17,290** | **505,812** | **51,871** | **229,167** | **-** | **246,257** |
| 141,750 | | 141,750 | | 141,750 | | 141,750 |
| 8,250 | | 8,250 | | 8,250 | | 8,250 |
| 14,175 | | 14,175 | | 14,175 | | 14,175 |
| 7,500 | | 7,500 | | 7,500 | | 7,500 |
| | | 718 | | | | 718 |
| | | 604 | | | | 604 |
| | | 949 | | | | 949 |
| 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 | 45,000 |
| | | 15,000 | | | | 15,000 |
| | | 50,000 | | | | 50,000 |
| | | 55,000 | | | | 55,000 |
| 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| | | 5,000 | | | | 5,000 |
| **217,175** | **45,500** | **344,446** | **45,500** | **217,175** | **45,500** | **344,446** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **11,992** | **(28,210)** | **161,366** | **6,371** | **11,992** | **(45,500)** | **(98,189)** |
| 496,962 | 508,954 | 480,744 | 642,111 | 648,482 | 660,473 | 614,973 |
| 11,992 | (28,210) | 161,366 | 6,371 | 11,992 | (45,500) | (98,189) |
| 508,954 | 480,744 | 642,111 | 648,482 | 660,473 | 614,973 | 516,784 |
| - | - | - | - | - | - | - |
| (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) |
| 447,987 | 419,777 | 581,143 | 587,514 | 599,506 | 554,006 | 455,817 |

| 2/1/2021 | 2/8/2021 | Total |
|---:|---:|---:|
| 273,438 | 51,270 | 1,037,603 |
|  |  | 1,375,000 |
| **273,438** | **51,270** | **2,412,603** |
|  |  |  |
|  |  | 708,750 |
|  |  |  |
|  |  | 41,250 |
|  |  | 70,875 |
|  |  | 37,500 |
|  |  | 2,154 |
|  |  | 1,812 |
|  |  | 2,847 |
|  |  |  |
| 45,000 | 45,000 | 585,000 |
|  |  |  |
|  |  | 45,000 |
|  |  | 150,000 |
|  |  | 165,000 |
| 500 | 500 | 6,500 |
|  |  | 15,000 |
| **45,500** | **45,500** | **1,831,688** |

| | | |
|---|---|---|
| **227,938** | **5,770** | **580,915** |
| 516,784 | 744,722 | 359,529 |
| 227,938 | 5,770 | 580,915 |
| 744,722 | 750,492 | 940,444 |
| - | - | - |
| (60,967) | (60,967) | (60,967) |
| 683,755 | 689,525 | 879,476 |