| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 20-13664<br>Western District of Oklahoma<br>Oklahoma City<br>Tue Nov 17 15:41:28 CST 2020 | Canaan Resources, LLC<br>6301 Waterford Blvd.<br>Suite 215<br>Oklahoma City, OK 73118-1162 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 |
| CALYX ENERGY III, LLC<br>6120 S YALE<br>SUITE 1480<br>TULSA OK 74136-4226 | COX FAMILY REVOCABLE TRUST, DTD 8/30/07<br>C/O FARM CREDIT<br>1104 S. GEORGE NIGH EXPRESSWAY<br>MCALESTER OK 74501-7196 | EBISU LLC<br>480 NW 36TH<br>OKLAHOMA CITY OK 73118-8622 |
| ENERGY FINANCIAL SOLUTIONS LLC<br>480 NW 36TH<br>OKLAHOMA CITY OK 73118-8622 | FOUNDATION ENERGY MGMT, LLC<br>5057 KELLER SPRINGS RD  STE 650<br>ADDISON TX 75001-6583 | JOHN H. WEST<br>509 W. WASHINGTON<br>MCALESTER OK 74501-4452 |
| JP MORGAN CHASE BANK,  N.A<br>1717 Main Street, 4th Floor<br>Mail Code TX1-2448<br>DALLAS TX 75201-4612 | LEO WOODARD<br>6357 W 23RD ST N<br>MUSKOGEE OK 74401-1032 | LOUISE T. JORDAN<br>1535 POLE LANE RD.<br>MARION OH 43302-8596 |
| MICHAEL JAMES HARPER<br>400 E 6TH ST<br>CHELSEA OK 74016-2402 | NEEDHAM ENERGY LAND SERVICES, LLC<br>410 N WALNUT AVE  STE 110<br>OKLAHOMA CITY OK 73104-2239 | OVINTIV EXPLORATION INC<br>MAIL CODE 5241<br>PO BOX 660367<br>DALLAS TX 75266-0367 |
| PABLO ENERGY II, LLC<br>PO BOX 2945<br>AMARILLO TX 79105-2945 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PO BOX 371887<br>PITTSBURGH PA 15250-7887 | PRESIDIO NETWORKED SOLUTIONS LLC<br>PO BOX 822169<br>PHILADELPHIA PA 19182-2169 |
| TRINITY OPERATING (USG), LLC<br>PO BOX 1188<br>HOUSTON TX 77251-1188 | United States Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3479 | VINSON & ELKINS<br>P.O. BOX 301019<br>DALLAS TX 75303-1019 |
| Stephen J. Moriarty<br>Fellers Snider<br>100 N. Broadway Ave., Suite 1700<br>Oklahoma City, OK 73102-8820 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 | |