# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| Canaan Resources, LLC, ) | Case No. 20-13664-JDL |
| ) | (Chapter 11) |
| ) | |
| Debtor. ) | |

## COVER SHEET FOR REVISED CASH COLLATERAL BUDGET

Canaan Resources, LLC, Debtor and Debtor-in-Possession in the above captioned case (the "Debtor") hereby submits its revised Cash Collateral Budget relating to the *Emergency Motion for Authority to Use Cash Collateral and Related Operating Procedures, and Brief in Support* (the "Motion") [Dkt. 4] set for hearing at 10:00 a.m. on December 2, 2020. The attached revised budget supersedes Dkt. 4-1.

*/s/ Stephen J. Moriarty*
Stephen J. Moriarty, OBA #6410
FELLERS, SNIDER, BLANKENSHIP,
 BAILEY & TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102
Telephone: (405) 232-0621
Facsimile: (405) 232-9659
E-Mail: smoriarty@fellerssnider.com

**PROPOSED ATTORNEYS FOR DEBTORS**

## CERTIFICATE OF MAILING

I hereby certify that on November 20, 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

*/s/ Stephen J. Moriarty*
Stephen J. Moriarty

854769;03418