| I. CASH FLOW | 11/16/2020 | 11/23/2020 | 11/30/2020 | 12/7/2020 | 12/14/2020 | 12/21/2020 | 12/28/2020 | 1/4/2021 | 1/11/2021 | 1/18/2021 | 1/25/2021 | 2/1/2021 | 2/8/2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | | |
| Operated Well Revenue (Net of GP&T and GPT) | | | 75,000 | | | | 75,000 | | | | 75,000 | | | 225,000 |
| Non-operated Well Revenue (Net of GP&T and GPT) | | | 325,000 | | | | 325,000 | | | | 325,000 | | | 975,000 |
| **Total Cash Receipts** | - | - | 400,000 | - | - | - | 400,000 | - | - | - | 400,000 | - | - | 1,200,000 |
| **Cash Disbursements** | | | | | | | | | | | | | | |
| *Total Payroll* | | | | | | | | | | | | | | |
| Payroll - Gross | | | 29,000 | | 29,000 | | 29,000 | | 29,000 | | 29,000 | | | 145,000 |
| Payroll - Employer Taxes | | | 1,688 | | 1,688 | | 1,688 | | 1,688 | | 1,688 | | | 8,439 |
| Benefits | | | 2,900 | | 2,900 | | 2,900 | | 2,900 | | 2,900 | | | 14,500 |
| Health Insurance | | | 1,534 | | 1,534 | | 1,534 | | 1,534 | | 1,534 | | | 7,672 |
| Worker's Comp Insurance | | | 147 | | 147 | | 147 | | 147 | | 147 | | | 734 |
| Insurance Property | | | 151 | | | | 151 | | | | 151 | | | 453 |
| Insurance GL and Other | | | 2,083 | | | | 2,083 | | | | 2,083 | | | 6,250 |
| *Expenses* | | | | | | | | | | | | | | |
| Field Hands and Field Supervisor - Operated Wells | | | 35,000 | | 35,000 | | 35,000 | | 35,000 | | 35,000 | | 35,000 | 210,000 |
| Operated Property LOE | | | 21,000 | | | | 21,000 | | | | 21,000 | | | 63,000 |
| Non-operated LOE | | | 10,300 | | | | 103,000 | | | | 103,000 | | | 216,300 |
| Adequate Assurance Deposits | | | | | 8,700 | | | | | | | | | |
| *IT & Telecom* | | | | | | | | | | | | | | - |
| *General & Administrative* | | | | | | | | | | | | | | - |
| Rent | | | | | | | | | | | | | | - |
| Professional Fees | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 52,000 |
| UST Fees | | | | | | | | 6,500 | | | | | | |
| Contract Labor | | | | | | | | | | | | | | - |
| Office Expense | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,500 |
| Other G&A | | | | | | | | | | | | | | - |
| **Total Operating Disbursements** | 4,500 | 4,500 | 108,303 | 4,500 | 83,469 | 4,500 | 201,003 | 11,000 | 74,769 | 4,500 | 201,003 | 4,500 | 39,500 | 730,848 |
| **Net Operating Cash Flow** | | | | | | | | | | | | | | |
| Capital Expenditures | | | | | | | | | | | | | | |
| Debtor's Accountants | | | | | | | | | | | | | | |
| Debtor's Council | | | | | | | | | | | | | | |
| **Net Cash Flow** | (4,500) | (4,500) | 291,697 | (4,500) | (83,469) | (4,500) | 198,997 | (11,000) | (74,769) | (4,500) | 198,997 | (4,500) | (39,500) | 469,152 |
| **II. CASH BALANCE** | | | | | | | | | | | | | | |
| Beginning Bank Balance | 359,529 | 165,077 | 160,577 | 452,274 | 447,774 | 364,305 | 359,805 | 558,801 | 547,801 | 473,032 | 468,532 | 667,529 | 663,029 | 359,529 |
| Trustee Account | | | | | | | | | | | | | | |
| Pre-petition Accounts | | | | | | | | | | | | | | |
| Add: Net Cash Flow | (4,500) | (4,500) | 291,697 | (4,500) | (83,469) | (4,500) | 198,997 | (11,000) | (74,769) | (4,500) | 198,997 | (4,500) | (39,500) | 453,952 |
| **Ending Bank Balance** | 355,029 | 160,577 | 452,274 | 447,774 | 364,305 | 359,805 | 558,801 | 547,801 | 473,032 | 468,532 | 667,529 | 663,029 | 623,529 | 813,481 |
| Less: Outstanding Checks | (189,952) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Less: Reserves | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) |
| **Net Balance** | 104,110 | 99,610 | 391,307 | 386,807 | 303,337 | 298,837 | 497,834 | 486,834 | 412,065 | 407,565 | 606,562 | 602,062 | 562,562 | 752,514 |