| I. CASH FLOW | 11/16/2020 | 11/23/2020 | 11/30/2020 | 12/7/2020 | 12/14/2020 | 12/21/2020 | 12/28/2020 | 1/4/2021 | 1/11/2021 | 1/18/2021 | 1/25/2021 | 2/1/2021 | 2/8/2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | | |
| Operated Well Revenue (Net of GP&T and GPT) | | | 75,000 | | | | 75,000 | | | | 75,000 | | | 225,000 |
| Non-operated Well Revenue (Net of GP&T and GPT) | | | 325,000 | | | | 325,000 | | | | 325,000 | | | 975,000 |
| MSA FEE INCOME Nov 15-30 * | | | 145,833 | | | | | | | | | | | |
| MSA FEE INCOME Dec 1-6 * | | | 56,452 | | | | | | | | | | | |
| **Total Cash Receipts** | **-** | **-** | **602,285** | **-** | **-** | **-** | **400,000** | **-** | **-** | **-** | **400,000** | **-** | **-** | **1,402,285** |
| **Cash Disbursements** | | | | | | | | | | | | | | |
| **Total Payroll** | | | | | | | | | | | | | | |
| Payroll - Gross | | | 29,000 | | 29,000 | | 29,000 | | 29,000 | | 29,000 | | | 145,000 |
| Payroll - Employer Taxes | | | 1,688 | | 1,688 | | 1,688 | | 1,688 | | 1,688 | | | 8,439 |
| Benefits | | | 2,900 | | 2,900 | | 2,900 | | 2,900 | | 2,900 | | | 14,500 |
| Health Insurance | | | 1,534 | | 1,534 | | 1,534 | | 1,534 | | 1,534 | | | 7,672 |
| Worker's Comp Insurance | | | 147 | | 147 | | 147 | | 147 | | 147 | | | 734 |
| Insurance Property | | | 151 | | | | 151 | | | | 151 | | | 453 |
| Insurance GL and Other | | | 2,083 | | | | 2,083 | | | | 2,083 | | | 6,250 |
| Nov 15-30 Payroll Associated with MSA FEE INCOME * | | | 65,501 | | | | | | | | | | | |
| Nov 15-30 401k Safe Harbor Plan Remittals * | | | 13,793 | | | | | | | | | | | |
| Dec 1-6 Payroll Associated with MSA FEE INCOME * | | | 56,452 | | | | | | | | | | | |
| Dec Health and Dental Insurance * | | | 27,500 | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | |
| Field Hands and Field Supervisor - Operated Wells | | | 35,000 | | 35,000 | | 35,000 | | 35,000 | | 35,000 | | 35,000 | 210,000 |
| Operated Property LOE | | | 21,000 | | | | 21,000 | | | | 21,000 | | | 63,000 |
| Non-operated LOE | | | 10,300 | | | | 103,000 | | | | 103,000 | | | 216,300 |
| Adequate Assurance Deposits | | | | | 8,700 | | | | | | | | | |
| **IT & Telecom** | | | | | | | | | | | | | | - |
| **General & Administrative** | | | | | | | | | | | | | | - |
| Rent | | | | | | | | | | | | | | |
| Professional Fees | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 52,000 |
| UST Fees | | | | | | | | 6,500 | | | | | | |
| Contract Labor | | | | | | | | | | | | | | - |
| Office Expense | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,500 |
| Other G&A | | | | | | | | | | | | | | - |
| **Total Operating Disbursements** | **4,500** | **4,500** | **271,549** | **4,500** | **83,469** | **4,500** | **201,003** | **11,000** | **74,769** | **4,500** | **201,003** | **4,500** | **39,500** | **730,848** |
| **Net Operating Cash Flow** | | | | | | | | | | | | | | |
| Capital Expenditures | | | | | | | | | | | | | | |
| Debtor's Accountants | | | | | | | | | | | | | | |
| Debtor's Council | | | | | | | | | | | | | | |
| **Net Cash Flow** | **(4,500)** | **(4,500)** | **330,736** | **(4,500)** | **(83,469)** | **(4,500)** | **198,997** | **(11,000)** | **(74,769)** | **(4,500)** | **198,997** | **(4,500)** | **(39,500)** | **671,437** |
| **II. CASH BALANCE** | | | | | | | | | | | | | | |
| Beginning Bank Balance | 359,529 | 165,077 | 160,577 | 491,313 | 486,813 | 403,344 | 398,844 | 597,841 | 586,841 | 512,072 | 507,572 | 706,568 | 702,068 | 359,529 |
| Trustee Account | | | | | | | | | | | | | | |
| Pre-petition Accounts | | | | | | | | | | | | | | |
| Add: Net Cash Flow | (4,500) | (4,500) | 330,736 | (4,500) | (83,469) | (4,500) | 198,997 | (11,000) | (74,769) | (4,500) | 198,997 | (4,500) | (39,500) | 492,991 |
| **Ending Bank Balance** | 355,029 | 160,577 | 491,313 | 486,813 | 403,344 | 398,844 | 597,841 | 586,841 | 512,072 | 507,572 | 706,568 | 702,068 | 662,568 | 852,520 |
| Less: Outstanding Checks | (189,952) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Less: Reserves | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) | (60,967) |
| **Net Balance** | 104,110 | 99,610 | 430,346 | 425,846 | 342,377 | 337,877 | 536,873 | 525,873 | 451,104 | 446,604 | 645,601 | 641,101 | 601,601 | 791,553 |

* The above budget reflects the anticipated revenue/expense/G&A items for the Debtor, in a forward going, individual concern. Previously, Debtor has performed management oversight services to other entities, in addition to Debtor, collecting fee income from those entities for the services. All such management oversight service agreements will have ended by December 6, 2020 and are not being renewed. Receipt for fee income above for such services total $202,285 and is expected to be received in coming days for management oversight services performed on or before December 6, 2020. It is necessary for Debtor to pay, immediately after receipt, $163,246 of the MSA fee revenue to vendors, employees or a related entity – Canaan Resources Drilling Company, LLC for reimbursement of costs paid or fulfillment of obligations incurred on behalf of Debtor while its bank accounts were frozen. After the receipts and payments that are noted with the asterisk (*), the Debtor will not be engaged for management oversight services of other entities. The remainder of the budget items reflects Debtors self-serving income and expenses with no additional MSA Fee Income or related expenses. The transfers herein described are expected to leave Debtor with a positive cash addition of $39,039, which will remain in its accounts as working capital, to address the self-serving herein described budget items, going forward.