## CANAAN RESOURCES, LLC
### Balance Sheets
### September 30, 2020

### ASSETS

|  | September 30, 2020 | December 31, 2019 |
|---|---:|---:|
| Current assets: | | |
|   Cash and cash equivalents | $ 206,952 | $ 589,960 |
|   Accounts receivable: | | |
|     Oil and natural gas sales | 793,929 | 838,632 |
|     Due from affiliates | (8,887) | 1,880,145 |
|     Other | 105,715 | 96,633 |
|   Derivative instruments short-term | - | 144,039 |
|   Other current assets | 324,584 | 268,047 |
|     Total current assets | 1,422,293 | 3,817,456 |
| Property and equipment, at cost | | |
|   Non producing leasehold | 16,848,021 | 16,839,084 |
|   Oil and natural gas properties, based on the full cost method of accounting | 309,823,882 | 308,154,420 |
|   Other equipment | 3,248,796 | 3,246,886 |
|     Less accumulated depreciation and amortization | (293,752,446) | (289,194,701) |
|    | 36,168,253 | 39,045,689 |
| Other assets | 154,112 | 70,000 |
|     Total assets | $ 37,744,658 | $ 42,933,145 |

### LIABILITIES and MEMBERS' EQUITY

|  | | |
|---|---:|---:|
| Current liabilities: | | |
|   Accounts payable - trade | $ 3,524,239 | $ 1,467,408 |
|   Revenue payable | 84,760 | 71,053 |
|   Accrued interest payable | 529,352 | 13,847 |
|   Note payable to bank | 19,100,000 | 19,550,000 |
|     Total current liabilities | 23,238,351 | 21,102,308 |
| Asset retirement obligations | 5,870,583 | 5,569,801 |
| Members' equity | 8,635,724 | 16,261,036 |
|     Total liabilities and members' equity | $ 37,744,658 | $ 42,933,145 |

The accompanying notes are an integral part of this statement.

## CANAAN RESOURCES, LLC
### Statement of Operations

|  | Year to Date September 30, 2020 |
|---|---:|
| **Revenues:** | |
| Oil and natural gas sales | $ 4,406,855 |
| Natural gas gathering | 1,971 |
| Other | 2,817,824 |
| Total revenues | 7,226,650 |
| | |
| **Costs and Expenses:** | |
| Production taxes | 1,652,769 |
| Lease operating expenses | 1,751,391 |
| Depreciation, depletion and amortization | 4,858,527 |
| Bad Debt Expense | 2,413,316 |
| General and administrative | 2,950,471 |
| Interest | 1,225,488 |
| Total costs and expenses | 14,851,962 |
| | |
| Net loss | $ (7,625,312) |

The accompanying notes are an integral part of this statement.

**CANAAN RESOURCES, LLC**
**Statement of Members' Equity**

|  | Members' equity |
|---|---:|
| Balance at December 31, 2018 | 35,762,108 |
| Net loss | (19,501,072) |
| Balance at December 31, 2019 | 16,261,036 |
| Net loss | (7,625,312) |
| Balance at September 30, 2020 | $ 8,635,724 |

The accompanying notes are an integral part of this statement.

## CANAAN RESOURCES, LLC
### Statement of Cash Flows

|  | Year to Date September 30, 2020 |
|---|---:|
| **Cash flows from operating activities:** | |
| Net loss | $ (7,625,312) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | |
| Depreciation, depletion and amortization | 4,858,527 |
| Derivative cash settlements not in oil and natural gas sales | 144,039 |
| Increase in accounts receivable and other assets | (105,028) |
| Decrease in due from affiliates | 1,889,032 |
| Increase in accounts payable and accrued expenses | 1,124,663 |
| Increase in revenues payable | 13,707 |
| Net cash provided by operating activities | 299,628 |
| **Cash flows from investing activities:** | |
| Acquisition and development of oil and natural gas properties | (230,726) |
| Net cash used in investing activities | (232,636) |
| **Cash flows from financing activities:** | |
| Borrowings (repayments) of debt | (450,000) |
| Net cash used in financing activities | (450,000) |
| Net decrease in cash and cash equivalents | (383,008) |
| Cash and cash equivalents at beginning of period | 589,960 |
| Cash and cash equivalents at end of period | $ 206,952 |
| **Supplemental Cash Flow Information:** | |
| Cash payments for interest | $ 709,984 |

The accompanying notes are an integral part of this statement.