**CANAAN RESOURCES, LLC**
Balance Sheets
December 31, 2019

### ASSETS

|  | December 31, 2019 | December 31, 2018 |
|---|---:|---:|
| **Current assets:** |  |  |
| Cash and cash equivalents | $ 589,960 | $ 3,495,419 |
| Accounts receivable: |  |  |
|   Oil and natural gas sales | 838,632 | 1,751,866 |
|   Due from affiliates | 1,880,145 | 1,056,106 |
|   Other | 96,633 | 85,409 |
| Derivative instruments short-term | 144,039 | 534,147 |
| Other current assets | 268,047 | 283,707 |
|   Total current assets | 3,817,456 | 7,206,654 |
|  |  |  |
| **Property and equipment, at cost** |  |  |
| Non producing leasehold | 16,839,084 | 16,820,290 |
| Oil and natural gas properties, based on the full cost method of accounting | 308,154,420 | 304,971,921 |
| Other equipment | 3,246,886 | 3,233,319 |
|   Less accumulated depreciation and amortization | (289,194,701) | (266,499,909) |
|  | 39,045,689 | 58,525,621 |
|  |  |  |
| Derivative instruments long-term | - | 43,906 |
| Other assets | 70,000 | 34,976 |
|  |  |  |
|   Total assets | $ 42,933,145 | $ 65,811,157 |

### LIABILITIES and MEMBERS' EQUITY

|  | | |
|---|---:|---:|
| **Current liabilities:** |  |  |
| Accounts payable - trade | $ 1,467,408 | $ 3,265,439 |
| Revenue payable | 71,053 | 89,214 |
| Derivative instruments short-term | - | 104,425 |
| Accrued interest payable | 13,847 | 434,288 |
| Note payable to bank | 19,550,000 | 21,000,000 |
|   Total current liabilities | 21,102,308 | 24,893,366 |
|  |  |  |
| Asset retirement obligations | 5,569,801 | 5,155,683 |
|  |  |  |
| Members' equity | 16,261,036 | 35,762,108 |
|  |  |  |
|   Total liabilities and members' equity | $ 42,933,145 | $ 65,811,157 |

The accompanying notes are an integral part of this statement.

## CANAAN RESOURCES, LLC
## Statement of Operations

|  | Year to Date December 31, 2019 |
|---|---:|
| **Revenues:** |  |
| Oil and natural gas sales | $ 11,850,122 |
| Natural gas gathering | 8,618 |
| Change in fair value of derivative instruments | 100,133 |
| Other | 1,018,561 |
| Total revenues | 12,977,434 |
|  |  |
| **Costs and Expenses:** |  |
| Production taxes | 3,302,605 |
| Lease operating expenses | 2,647,594 |
| Depreciation, depletion and amortization | 6,139,843 |
| Impairment of oil and natural gas properties | 16,922,888 |
| General and administrative | 1,990,228 |
| Interest | 1,475,348 |
| Total costs and expenses | 32,478,506 |
|  |  |
| Net loss | $ (19,501,072) |

The accompanying notes are an integral part of this statement.

**CANAAN RESOURCES, LLC**
**Statement of Members' Equity**

|  | Members' equity |
|---|---:|
| Balance at December 31, 2017 | 36,509,046 |
| Net loss | (746,938) |
| Balance at December 31, 2018 | 35,762,108 |
| Net loss | (19,501,072) |
| Balance at December 31, 2019 | $ 16,261,036 |

The accompanying notes are an integral part of this statement.

## CANAAN RESOURCES, LLC
## Statement of Cash Flows

|  | Year to Date December 31, 2019 |
|---|---:|
| **Cash flows from operating activities:** | |
| Net loss | $ (19,501,072) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | |
| Depreciation, depletion and amortization | 6,139,843 |
| Impairment of oil and natural gas properties | 16,922,888 |
| Amortization of deferred loan costs | 70,654 |
| Change in derivative fair value | (100,133) |
| Derivative cash settlements not in oil and natural gas sales | 429,722 |
| Decrease in accounts receivable and other assets | 917,670 |
| Increase in due from affiliates | (824,039) |
| Decrease in accounts payable and accrued expenses | (39,529) |
| Decrease in revenues payable | (18,161) |
| Net cash provided by operating activities | 3,997,843 |
| **Cash flows from investing activities:** | |
| Acquisition and development of oil and natural gas properties | (5,334,057) |
| Acquisition of other equipment | (13,567) |
| Net cash used in investing activities | (5,347,624) |
| **Cash flows from financing activities:** | |
| Borrowings (repayments) of debt | (1,450,000) |
| Payment of debt issuance costs | (105,678) |
| Net cash used in financing activities | (1,555,678) |
| Net decrease in cash and cash equivalents | (2,905,459) |
| Cash and cash equivalents at beginning of period | 3,495,419 |
| Cash and cash equivalents at end of period | $ 589,960 |
| **Supplemental Cash Flow Information:** | |
| Cash payments for interest | $ 1,824,726 |

The accompanying notes are an integral part of this statement.