| CHECK_DATE | (All) |
|---|---|
| **Row Labels** | **Sum of AMOUNT** |
| BUESING'S PUMP & SUPPLY, INC. | 12,619.61 |
| CORNERSTONE PETROLEUM CORPORATION | 12,375.00 |
| COX COMMUNICATIONS INC. | 6,934.10 |
| E. B. ARCHBALD & ASSOCIATES, INC. | 8,085.49 |
| EBISU LLC | 45,000.00 |
| ENERGY FINANCIAL SOLUTIONS LLC | 10,000.00 |
| ENERGYLINK HOLDINGS LLC | 6,904.00 |
| FELLERS, SNIDER, BLANKENSHIP, | 87,626.65 |
| FIRST INSURANCE FUNDING CORP. | 24,123.56 |
| GOODWIN PROCTER LLP | 19,069.00 |
| GRANT THORNTON LLP | 39,988.00 |
| GRIZZLY OPERATING, LLC | 12,596.43 |
| GUARDIAN LIFE INSURANCE COMPANY | 9,001.80 |
| HARTZOG CONGER CASON & NEVILLE | 36,672.58 |
| KIAMICHI ELECTRIC COOPERATIVE, INC | 17,681.08 |
| LEO WOODARD | 33,178.39 |
| MARTINDALE CONSULTANTS, INC. | 82,099.15 |
| MIDTOWN - 1101 BROADWAY LLC | 175,719.52 |
| NEEDHAM & ASSOCIATES, PLLC | 3,892.64 |
| NEEDHAM ENERGY LAND SERVICES, LLC | 69,930.35 |
| OENOKE OPERATING LLC | 164,523.88 |
| ORBIT CLEANING LLC | 7,450.00 |
| PABLO ENERGY II, LLC | 22,997.69 |
| SANGUINE GAS EXPLORATION LLC | 31,320.34 |
| UNITEDHEALTHCARE INSURANCE COMPANY | 103,161.42 |
| UNUM LIFE INSURANCE CO OF AMERICA | 9,591.02 |
| WATERFORD PROPERTIES II, LLC | 22,196.26 |
| WEX BANK | 16,967.97 |
| XTO ENERGY INC | 17,968.80 |
| **Grand Total** | **1,109,674.73** |