**Dated: December 8, 2020**

**The following is ORDERED:**




Janice D. Loyd
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Canaan Resources, LLC | ) | Case No. 20-13664-JDL |
| | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING DEBTOR'S SECOND EMERGENCY APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS AND INITIAL REPORT**
(relates to Dkt. 70)

This matter comes on for consideration on Debtor's Second Emergency Application for Extension of Time to File Schedules of Assets and Liabilities, Statement of Financial Affairs and Initial Report (the "Application") (Dkt. 70). For good cause shown in the Application to extend time, the Court finds that the Application to extend time should be granted.

IT IS THEREFORE ORDERED that the Debtor's Schedules of Assets and Liabilities,

Statement of Financial Affairs and Initial Report shall be filed no later than December 11, 2020.

*All findings of fact are based upon representations of counsel (Local Rule 9013-1 (L)(1)).*

# # #

Approved for Entry by:

/s/ Stephen J. Moriarty
Stephen J. Moriarty OBA #6410
FELLERS, SNIDER, BLANKENSHIP,
    BAILEY & TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102
Telephone: (405) 232-0621
Facsimile: (405) 232-9659
E-mail: smoriarty@fellerssnider.com

PROPOSED ATTORNEYS FOR DEBTOR

855422;03490